IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MATTHEW STEGER,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No. 5D22-664
LT Case No. 2016-CF-013561-A

Decision filed December 6, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Elaine A. Barbour, Judge.

Matthew Steger, Perry, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Robin A.
Compton, Assistant Attorney
General, Daytona Beach, for
Appellee.


PER CURIAM.

      AFFIRMED.


SASSO, NARDELLA and WOZNIAK, JJ., concur.